UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re SWINT.

Case No. 26-cv-04578-HSG

**JUDGMENT**

The Court has DISMISSED this action. Judgment is entered against Plaintiff. The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 31, 2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California